IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** King, Eloise

Printed: 4/1/08

Case Number: 05 B 32379
Judge: Hollis, Pamela S

Filed: 8/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 6, 2008
Confirmed: October 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,058.58 |  |
| Secured: |  | 5,685.67 |
| Unsecured: |  | 2,657.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,100.00 |
| Trustee Fee: |  | 522.42 |
| Other Funds: |  | 1,092.68 |
| Totals: | 11,058.58 | 11,058.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 1,100.00 | 1,100.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 5,685.67 | 5,685.67 |
| 4. | Commonwealth Edison | Unsecured | 2,022.96 | 2,022.96 |
| 5. | Peoples Energy Corp | Unsecured | 1,710.99 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 634.85 | 634.85 |
| 7. | City Of Chicago | Unsecured |  | No Claim Filed |
| 8. | AT&T | Unsecured |  | No Claim Filed |
| 9. | James Buschbach Ins Agency | Unsecured |  | No Claim Filed |
| 10. | Village of Bedford Park | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | SBC | Unsecured |  | No Claim Filed |
| 13. | Trust Company of Savannah | Unsecured |  | No Claim Filed |
| 14. | Overland Bond & Investment Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 11,154.47 | $ 9,443.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 210.53 |
| 5% | 85.11 |
| 4.8% | 102.05 |
| 5.4% | 124.73 |
|  | _____ |
|  | $ 522.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   King, Eloise | Case Number:  05 B 32379 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/1/08 | Filed:  8/16/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

